**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:25cr251-MHT** |
| | ) | **(WO)** |
| **NICHOLAS JACOLBY LEVENS** | ) | |

**ORDER**

It is ORDERED that the government's motion to strike (Doc. 7) a forfeiture allegation from the indictment is granted, and the Canik55, model TP-9SF Elite, 9mm pistol, bearing serial number 20BH12040, is stricken from the forfeiture allegation in the indictment (Doc. 1).

DONE, this the 9th day of May, 2025.

                                           /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**